IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DON EARL LEWIS                                                                                        PLAINTIFF

v.                                    Civil No. 4:12-cv-04139

STEPHEN WARD
*Detective, Criminal Investigation Division,*
*Miller County Sheriff's Department*                                                     DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Extension of Time. ECF No. 21. Considering this Motion, the Court finds it should be **GRANTED**. Plaintiff is given an extension of thirty days to object to the Court's Report and Recommendation. Plaintiff must file objections by **February 6, 2014.**

ENTERED this 16th day of January 2014.

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE