IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DON EARL LEWIS                                                                                          PLAINTIFF

vs.                                         Civil No. 4:12-cv-4139

SHERIFF WARD                                                                                         DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed December 18, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 20). Judge Bryant recommends that Defendant's Motion to Dismiss (ECF No. 12) be granted in part and denied in part. Judge Bryant recommends that the claims relating to Defendant withholding and covering up evidence in the investigation of Plaintiff's criminal case should be dismissed with prejudice. However, Judge Bryant recommends that Plaintiff's claims relating to the taking of his DNA should remain. On January 21, 2014, Plaintiff filed objections to Judge Bryant's Report and Recommendation. (ECF No. 24). After reviewing the record *de novo*, the Court adopts Judge Bryant's Report and Recommendation as its own.

Rather than objecting to the Report and Recommendation, Plaintiff appears to agree with Judge Bryant. Plaintiff states that he "agrees with the Court's decision . . . regarding . . . the taking of his DNA." Plaintiff further states he "also agrees with the Court's decision in relation to [his] claims against Defendant regarding the allegations that Defendant withheld and covered up evidence."

Therefore, the Court adopts Judge Bryant's Report and Recommendation. (ECF No. 20). Accordingly, Defendant's Motion to Dismiss (ECF No. 12) should be and hereby is **GRANTED IN PART** and **DENIED IN PART**. Defendant's Motion to Dismiss is **GRANTED** as to the

claims relating to Defendant withholding and covering up evidence in the investigation of Plaintiff's criminal case, and the claims are therefore **DISMISSED WITH PREJUDICE**. Defendant's Motion to Dismiss is **DENIED** as to Plaintiff's claims relating to the taking of his DNA.

    **IT IS SO ORDERED**, this 27th day of January, 2014.

    /s/ Susan O. Hickey
Susan O. Hickey
United States District Judge